UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILY GAL,

        Plaintiff,

    v.

META PLATFORMS INC.,

        Defendant.

Case No. 25-cv-06110-JST

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The case management conference scheduled for May 5, 2026 is vacated. An order on the pending motion to compel arbitration and transfer venue is forthcoming shortly.

**IT IS SO ORDERED.**

Dated: May 4, 2026



JON S. TIGAR
United States District Judge